IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

WILLIAM E. MATES,

        Plaintiff,

v.                               CIVIL ACTION NO. 5:04-cv-01004

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the court deny the plaintiff's motion for remand, grant the defendant's motion for judgment on the pleadings, and affirm the final decision of the Commissioner of the Social Security Administration. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

        Accordingly, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge. The court **DENIES** the plaintiff's motion for remand, **GRANTS** the defendant's motion for judgment on the pleadings, and **AFFIRMS** the final decision of the Commissioner.

        The court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented parties.

        ENTER:       July 11, 2005

                          JOSEPH R. GOODWIN
                          UNITED STATES DISTRICT JUDGE